UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: | Case title: |
|---|---|
| Plaintiff counsel: | |
| Defendant counsel: | |
| Presiding Judge: | Mediator: |

I, _____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _____.

As a result of that mediation held on _____.

☐ The case has settled in whole.

   ☐ Case settled prior to scheduling first mediation session.

   ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☐ The case has not settled.

   ☐ Mediation will continue on _____.

   ☐ The parties may schedule another session at a later date.

   ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| | |
| Date | Electronic signature of Mediator: *Stephen Shields*<br>s/ |