### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| CHARLETTA THOMAS, | ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | No. 2:23-cv-02595-SHL-tmp |
| BAPTIST HEALTH SCIENCES UNIVERSITY, | ) ) ) | |
|     Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 20, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment (ECF No. 32), entered April 11, 2025, all claims by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 11, 2025
Date